UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FINANCIAL RESOURCES NETWORK, INC.,
FINANCIAL FAMILY HOLDINGS LLC,
ROSALIND HERMAN and GREGG D. CAPLITZ,
     Plaintiffs,


          v.                          CIVIL ACTION NO.
                                      09-11315-MBB

BROWN & BROWN, INC., BROWN & BROWN OF
CALIFORNIA, INC., AMERICAN GUARANTEE
AND LIABILITY INSURANCE COMPANY, ZURICH
NORTH AMERICA COMPANY and CALSURANCE,
     Defendants.


**PROCEDURAL ORDER**

**April 3, 2012**

**BOWLER, U.S.M.J.**

On March 30, 2012, this court issued a Memorandum and Order
on three summary judgment motions and two motions to strike.
(Docket Entry # 107).  Through oversight, the opinion did not note
that a case on page 67, Bartlett v. Nationwide Mutual Fire
Insurance Co., 348 S.E.2d 530 (S.C.Ct.App. 1986), was overruled on
other grounds by Charleston County School District v. State Budget
and Control Board, 437 S.E.2d 6 (S.C. 1993) (overruling Bartlett
to the extent it suggests a bad faith action was one in contract
as opposed to tort).  The citation to Bartlett was not necessary
because it was cited in the context of this court *assuming* the
correctness of an argument, specifically the correctness that
breach of an implied covenant of good faith and fair dealing
requires a breach causing damages to the insured.  It was not

necessary to cite a case to make this assumption.  The substance
of the ruling that there was sufficient evidence of damages for
plaintiffs to survive summary judgment remains and serves as the
basis to deny this aspect of defendants' summary judgment motion
(Docket Entry # 85).  Accordingly, <u>Bartlett</u> was not necessary to
the decision.


    <u>   /s/ Marianne B. Bowler      </u>
**MARIANNE B. BOWLER**
United States Magistrate Judge