```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


FINANCIAL RESOURCES NETWORK, INC.,
FINANCIAL FAMILY HOLDINGS LLC,
ROSALIND HERMAN and GREGG D. CAPLITZ,
     Plaintiffs,



               v.                          CIVIL ACTION NO.
                                           09-11315-MBB


BROWN & BROWN, INC., BROWN & BROWN OF
CALIFORNIA, INC., AMERICAN GUARANTEE
AND LIABILITY INSURANCE COMPANY, ZURICH
NORTH AMERICA COMPANY and CALSURANCE,
     Defendants.
```

**FINAL JUDGMENT**

**October 31, 2017**

**BOWLER, U.S.M.J.**

The issues having been duly heard and decisions rendered by this court, it is **ORDERED** and **ADJUDGED** that plaintiffs take nothing and that this action be dismissed.

                                    /s/ Marianne B. Bowler
                                    **MARIANNE B. BOWLER**
                                    United States Magistrate Judge